```
         ___ FILED     ___ ENTERED            Honorable Mary Alice Theiler
         ___ LODGED    ___ RECEIVED

                  JUL 29 2019
                    AT SEATTLE
             CLERK U.S. DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
         BY                        DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PARK QUAN,<br><br>Defendant. | Case No. MJ19-343<br><br>COMPLAINT FOR VIOLATION OF<br>18 U.S.C. § 922(g)(1) |

Before, the Honorable Mary Alice Theiler, United States Magistrate Judge, United States Courthouse, 700 Stewart Street, Seattle, Washington.

## COUNT 1
### (Felon in Possession of Firearm)

On or about July 29, 2019, in King County, within the Western District of Washington, PARK QUAN, knowing that he had been convicted of the following crimes punishable by imprisonment for a term exceeding one year, to wit:

COMPLAINT / MJ19-343 - 1
PARK QUAN

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

  a. *Felon in Possession of Explosives*, Case No. CR83-00039, in the U.S. District Court for the Western District of Washington, on or about November 4, 1983;

did knowingly possess, in and affecting interstate and foreign commerce, the following firearm:

  a. Bushmaster Model XM15-E23 .223 Remington caliber rifle, with serial number L435132;

which had been shipped and transported in interstate and foreign commerce.

  All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

  The undersigned complainant being duly sworn states:

  1. I, Joel Martini, am a Special Agent with the Federal Bureau of Investigation (FBI), currently assigned to the Seattle Field Office, and have been so employed since January 2017. I am assigned to the Cyber Squad, where I investigate computer intrusions and other cybercrimes. Prior to my employment as a Special Agent, I worked as a Computer Forensic Examiner for the FBI for approximately five years. The facts set forth in this Complaint are based upon my personal knowledge, information I have received from others during the course of my investigation, and my review of relevant documents.

  2. The FBI is conducting an investigation into a network intrusion and data breach. As part of that investigation, the FBI identified an individual believed to have committed the intrusion and further identified that suspect's residence as an address in Seattle, Washington, the Subject Residence, which is located within the Western District of Washington.

  3. Multiple individuals were believed to reside at the Subject Residence, including, according to public records, the property owner, PARK QUAN.

  4. On July 29, 2019, agents conducted a search of the Subject Residence pursuant to a search warrant issued by the Honorable Mary Alice Theiler, in relation to

COMPLAINT / MJ19-343 - 2
PARK QUAN

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

the investigation of the network intrusion.

5. Approximately five individuals, including PARK QUAN and the network intrusion suspect, were present in the residence. For officer safety, the residents were detained and secured pending execution of the search.

6. The Subject Residence contained three bedrooms. When sweeping the residence, agents observed in plain view multiple firearms and a gun safe in the bedroom believed to belong to PARK QUAN based on observations of the room. Agents observed approximately twenty (20) firearms in PARK QUAN's bedroom, including what appeared to be an AR15-style assault rifle, an AK47-style assault rifle, and handguns; firearm accessories, including bump stocks,[1] scopes, and grips; ammunition; and gun powder. Agents also encountered what appear to be fake grenades within the bedroom.

7. PARK QUAN was provided his *Miranda* warnings and agreed to speak to agents. During that interview, PARK QUAN acknowledged that the firearms and bump stocks belonged to him, as did the bedroom in which the weapons were observed. PARK QUAN further explained that he typically purchased firearms from private sellers and that he acquired the bump stocks before they were made illegal. PARK QUAN also stated that he had a prior felony conviction and was aware that he was prohibited from possessing such items.

8. An agent from the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) observed and photographed some of the firearms observed in PARK QUAN's bedroom. The ATF agent thereafter further consulted with ATF Special Agent Catherine Cole, specially trained and designated regarding interstate nexus firearm examination, who preliminarily concluded that at least one of the firearms, a Bushmaster Model XM15-E23 .223 Remington caliber rifle, with serial number L435132, was not

---

[1] Bump stocks, or bump fire stocks, are gun stocks that can be used to assist in bump firing, which is the act of using the recoil of a semi-automatic firearm or double-action revolver to fire ammunition cartridges in rapid succession, but with a loss of accuracy.

COMPLAINT / MJ19-343 - 3
PARK QUAN

manufactured in the State of Washington, and thus its presence in Washington indicates it traveled in interstate commerce.

9. I have reviewed court records from the U.S. District Court for the Western District of Washington, that show that PARK QUAN was convicted of the felony offense of Felon in Possession of Explosives, under Case No. CR83-00039, on or about November 4, 1983, and received a sentence of 120 months. According to NCIC records that I have reviewed, PARK QUAN also appears to have a prior federal conviction for the unlawful possession of a firearm (an unregistered machine gun), out of Texas, on or about May 23, 1991, for which he was sentenced to 57 months. Investigators are in the process of obtaining court records related to that criminal matter as well.

10. Based on the foregoing, I submit that probable cause exists to believe that PARK QUAN has committed a violation of Title 18, United States Code, Section 922(g)(1).

JOEL MARTINI, Complainant
Special Agent
Federal Bureau of Investigation

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, I hereby find that there is probable cause to believe the defendant committed the offense set forth in the Complaint.

Complaint and affidavit sworn to me before this __29__ day of July, 2019.

MARY ALICE THEILER
United States Magistrate Judge

COMPLAINT / MJ19-343 - 4
PARK QUAN

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970