# DEFENDANT STATUS SHEET
(One for each defendant)

### I. CASE STATUS

Name of Defendant: PARK QUAN

Has defendant had initial appearance in this case?  ☑ Yes   ☐ No

MJ 19-343              CR

### II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☑ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

### III. ARRAIGNMENT

☐ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

   Defendant's Address:

☑ Letter to Defense Counsel for Appearance on Kevin Peck

   Defense Attorney's Name and address: The Peck Law Firm, 1423 Western Avenue, Seattle, WA

The estimated trial time is 3-5 days.

(Revised March 2018)