```
_____ FILED      _____ ENTERED
_____ LODGED     _____ RECEIVED

        AUG 08 2019
          AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PARK HUNG QUAN,

    Defendant.

NO. CR19-148 JCC

ORDER CONTINUING DETENTION

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that detention be continued as previously set.

DATED this 8th day of August, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING DETENTION – 1