THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>PARK QUAN,<br><br>                Defendant. | **Case No.** CR19-148JCC<br><br>**DEFENDANT, MR. PARK QUAN'S WAIVER OF SPEEDY TRIAL RIGHTS** |

I, Park Quan, having been advised by my attorney, Kevin A. Peck, of my right to a speedy trial under the provisions of the Sixth Amendment to the Constitution of the United States and the Speedy Trial Act, 18 U.S.C. §3161 et seq., do knowingly, voluntarily and with the advice of counsel waive my right to a speedy trial and agree to continue my trial currently set for October 7, 2019 to April 6, 2020. I waive my right to a speedy trial through April 30, 2020.

DATED this 29th day of August 2019.

*/s/ Park H. Quan*
Defendant, Mr. Park Quan

Reviewed with client:

*/s/ Kevin A. Peck*
Kevin A. Peck, WSBA #12995
Attorney for Defendant, Mr. Park Quan

DEFENDANT PARK QUAN'S WAIVER OF SPEEDY TRIAL RIGHTS - 1

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON 98101-2021
(206) 382-2900
FAX: (206) 382-2128