THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>vs.<br><br>PARK QUAN,<br><br>                              Defendant. | Case No. CR19-148JCC<br><br>**MOTION AND DECLARATION FOR WITHDRAWAL OF COUNSEL AND APPOINTMENT OF NEW COUNSEL**<br><br>**NOTE ON MOTION CALENDAR:**<br>**November 29, 2019** |

COMES NOW, Kevin A. Peck, Attorney at Law, and moves to withdraw as counsel for defendant, Park Quan, in the above-enumerated matter.  This Motion is based upon the attached Declaration of Kevin A. Peck which outlines that attorney Kevin Peck can no longer represent Mr. Park Quan as Mr. Peck was recently nominated to be appointed to a judicial position.

We would therefore respectfully request that new counsel be appointed for Mr. Park Quan.

Dated this 21st day of November 2019.

                                        Respectfully submitted,


                                        *s/Kevin A. Peck*
                                        Kevin A. Peck, WSBA #12995
                                        *Withdrawing Attorney for Defendant,*
                                        *Mr. Park Quan*
                                        The Peck Law Firm, PLLC

MOTION AND DECLARATION FOR WITHDRAWAL OF COUNSEL AND
APPOINTMENT OF NEW COUNSEL - 1
Case No. Case No. CR19-148JCC

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON 98101-2021
(206) 382-2900
FAX: (206) 382-2128

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

1423 Western Avenue
Seattle, WA  98101-2021
Telephone:  (206) 382-2900
Fax:  (206) 382-2128
E-mail:  kpeck@thepecklawfirm.com

MOTION AND DECLARATION FOR WITHDRAWAL OF COUNSEL AND
APPOINTMENT OF NEW COUNSEL - 2
Case No. Case No. CR19-148JCC

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON  98101-2021
(206) 382-2900
FAX: (206) 382-2128

1

**DECLARATION OF KEVIN A. PECK**

2

Kevin A. Peck, being first duly sworn on oath, swears, declares and affirms the following:

3

I was recently honored to be nominated to be appointed to a judicial position.

4

5

I therefore can no longer represent Mr. Park Quan and ask for permission to withdraw as counsel.

6

7

I reviewed this document with Mr. Park Quan on November 21, 2019.

8

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

9

10

Dated this 21st day of November 2019, at Seattle, Washington.

11

12

　　　　　　　　　　　　　　　　　　　/s Kevin A. Peck
　　　　　　　　　　　　　　　　　　　Kevin A. Peck

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

MOTION AND DECLARATION FOR WITHDRAWAL OF COUNSEL AND
APPOINTMENT OF NEW COUNSEL - 3
Case No. Case No. CR19-148JCC

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON 98101-2021
(206) 382-2900
FAX: (206) 382-2128

# CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

I also mailed this document via First Class U.S. Mail postage prepaid to Mr. Park Quan at the following address:

Federal Detention Center, SeaTac
c/o Registration #49618-086
2425 South 200th Street
Seattle, WA  98198

Dated this 21st day of November 2019.

By: */s/ Kevin A. Peck*
Kevin A. Peck, WSBA #12995
1423 Western Avenue
Seattle, WA  98101-2021
Telephone:  (206) 382-2900
Fax:  (206) 382-2128
Email:  kpeck@thepecklawfirm.com

MOTION AND DECLARATION FOR WITHDRAWAL OF COUNSEL AND APPOINTMENT OF NEW COUNSEL - 4
Case No. Case No. CR19-148JCC

THE PECK LAW FIRM, PLLC
1423 WESTERN AVENUE
SEATTLE, WASHINGTON  98101-2021
(206) 382-2900
FAX: (206) 382-2128