Magistrate Judge Michelle L. Peterson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> PARK HUNG QUAN, <br><br> Defendant. | NO.   CR19-0148 JCC <br><br> ORDER WITHDRAWING MOTION TO REOPEN DETENTION HEARING OR IN THE ALTERNATIVE, FOR TEMPORARY RELEASE |

THIS COURT FINDS defendant's motion to withdraw his motion to re-open detention hearing reasonable and appropriate; and the facts of the motion are hereby incorporated.

IT IS HEREBY ORDERED that defendant's motion to reopen detention hearing or in the alternative, for temporary release is hereby withdrawn.

DONE this 3rd day of June, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

ORDER WITHDRAWING MOTION TO RE-OPEN DETENTION HEARING

Page - 1

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816

Presented by:

/s/ Thomas D. Coe
By:_____
THOMAS D. COE WSB #23689
Email: tomdcoe@gmail.com
Attorney for Defendant

ORDER WITHDRAWING MOTION TO RE-OPEN DETENTION HEARING
Page - 2

THOMAS D. COE
Attorney at Law
PO Box 10356
Bainbridge Island, WA 98110
(206) 340-8816