THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0148-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| PARK HUNG QUAN, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to Defendant's *pro se* motion for release from detention (Dkt. No. 33). Pursuant to Local Civil Rule 83.2(b)(5), a represented person cannot appear or act on his own behalf absent leave from the Court. Defendant is presently represented by Thomas David Coe. Therefore, the Court STRIKES Defendant's *pro se* motion for release from detention (Dkt. No. 33) as improperly filed.

DATED this 4th day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR19-0148-JCC
PAGE - 1